George W. KEETON, Claimant–
Appellee,

v.

James B. PEAKE, M.D., Secretary of
Veterans Affairs, Respondent–
Appellant.

No. 2005–7038.

United States Court of Appeals,
Federal Circuit.

March 5, 2008.

Before PROST, Circuit Judge,
FRIEDMAN, Senior Circuit Judge, and
MOORE, Circuit Judge.

PER CURIAM.

## ORDER

George W. Keeton and the Secretary of
Veterans Affairs each respond to the
court's December 5, 2007 order and re-
quest that the court summarily affirm the
judgment of the United States Court of
Appeals for Veterans Claims in *Keeton v.
Principi*, 01–1444, 2004 WL 1631395 (July
20, 2004).

The Board of Veterans' Appeals denied
entitlement to service connection for an
asbestos-related lung disorder. The Court
of Appeals for Veterans Claims vacated
the Board's decision and remanded the
case to the Board, and the Secretary ap-
pealed.

This case was stayed pending the court's
disposition in *Roan v. Principi*, 2004–7093,
which was stayed pending the court's dis-
position in *Sanders v. Nicholson*, 487 F.3d
881 (Fed.Cir.2007), and its companion case
*Simmons v. Nicholson*, 487 F.3d 892 (Fed.
Cir.2007). In *Sanders*, this court held that
any 38 U.S.C. § 5103(a) error should be
presumed prejudicial and the Secretary
has the burden of rebutting this presump-
tion. *Id.* at 891.

The court agrees that summary affir-
mance of the judgment vacating and re-
manding to the Board is appropriate in
light of our decisions in *Simmons* and
*Sanders*.

Accordingly,

IT IS ORDERED THAT:

(1) The stay of proceedings is lifted.

(2) The judgment of the Court of Ap-
peals for Veterans Claims is summarily
affirmed. The case is remanded.

(3) Each side shall bear its own costs.